# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hav vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | Case Number |
|---|---|---|
| | Santiago Marquez, a/k/a Pablo Marquez, on behalf of himself, and all other Plaintiffs similary situated known and unknown. | FILED: AUGUST 18, 2008<br>08CV4679<br>JUDGE KENDALL<br>MAGISTRATE JUDGE ASHMAN |
| | V | BER |
| | A.K.J. Landscaping, and Kim A. Drayton, individually | |

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

## PLAINTIFF

| | |
|---|---|
| NAME<br>**VINCENT H. BECKMAN, III** | |
| SIGNATURE<br>s / Vincent H. Beckman, III | |
| FIRM<br>**FARMWORKER ADVOCACY PROJECT** | |
| STREET ADDRESS<br>**100 West Monroe Street, Suite 1800** | |
| CITY/STATE/ZIP<br>**Chicago, IL 60603** | |
| IDENTIFICATION NUMBER<br>**ARDC # 0152803** | TELEPHONE NUMBER<br>**(312) 784-3522** |
| FAX NUMBER:<br>**(312) 347-7604** | EMAIL ADDRESS: |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRAIL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHEK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐