# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hav vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | Case Number |
|---|---|---|
| | Santiago Marquez, a/k/a Pablo Marquez, on behalf of himself, and all other Plaintiffs similarly situated known and unknown.<br><br>v<br><br>A.K.J. Landscaping, and Kim A. Drayton, individually | FILED: AUGUST 18, 2008<br>08CV4679<br>JUDGE KENDALL<br>MAGISTRATE JUDGE ASHMAN<br><br>BER |

*AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:*

**PLAINTIFF**

| | |
|---|---|
| NAME **JOHN W. BILLHORN** | |
| SIGNATURE *s/ John W. Billhorn* | |
| FIRM **BILLHORN LAW FIRM** | |
| STREET ADDRESS **515 N. State Street / Suite 2200** | |
| CITY/STATE/ZIP **Chicago, IL 60610** | |
| IDENTIFICATION NUMBER **ARDC # 6196946** | TELEPHONE NUMBER **(312) 464-1450** |
| FAX NUMBER: **(312) 464-1459** | EMAIL ADDRESS: **jbillhorn@billhornlaw.com** |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | X | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | X | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | X | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRAIL ATTORNEY? | YES | X | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐